RECEIVED & FILED

JUL 20  11 20 AM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S-09-18941 MKN |
| | ) |
| The Memorabilia Museum Co., LLC | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | ) |
| | ) NOTICE OF UNCLAIMED FUNDS |
| | ) |

TO:      Clerk, United States Bankruptcy Court

FROM:    William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 2 | David Kaye Collectables<br>Attn Bankruptcy Desk<br>Las Vegas, NV 89121 | | $ 1,783.77 |
| | Sub-Totals | $    0.00 | $ 1,783.77 |
| | Total check | | $ 1,783.77 |

Date:  July 20, 2011

Trustee William A. Leonard, Jr.

SCANNED

Receipt # 203188   $1783.77